-