# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# (*DANVILLE DIVISION*)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case Number: 4:18CR00011-04 |
| | ) | |
| DASHAUN LAMAR TRENT | ) | |

## DEFENDANT'S FURTHER OBJECTIONS TO CERTAIN GOVERNMENT'S PROPOSED TRIAL EXHIBITS

COMES NOW your Defendant, Dashaun Lamar Trent, by counsel, and respectfully moves this Honorable Court for entry of an Order sustaining the defendant's objection(s) to the proposed government trial exhibits as set forth in Defendant Shabba Chandler's Defendant's Motion in Limine to Exclude Certain Proposed Trial Exhibits and Objections to the Government's Proposed Exhibits [ECF 591] in whose motion your Defendant joins.

                                                                Respectfully submitted,

                                                                 DASHAUN LAMAR TRENT

                                                                 By /s/    Chris K. Kowalczuk

Christopher K. Kowalczuk, Esquire
P. O. Box 11971
Roanoke, VA 24022
(540) 345-0101
    Counsel for the Defendant

Patrick J. Kenney, Esquire
P.O. Box 599
Roanoke, VA 24004
(540) 491-0423
    Counsel for the Defendant

CERTIFICATE OF SERVICE

I, Christopher K. Kowalczuk, Esquire, hereby certify that on this 2nd day of August, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/   Chris K. Kowalczuk