# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# (*DANVILLE DIVISION*)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case Number: 4:18CR00011-04 |
| ) | |
| DASHAUN LAMAR TRENT ) | |

## MOTION TO ISSUE WITNESS SUBPOENAS AT GOVERNMENT EXPENSE

Your defendant, Dashaun Lamar Trent, by counsel, pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue a subpoena to the following witness to testify at a pre-trial hearing on September 27, 2019, at 10:00 a.m.:

1. Allegra Mathilde Catharine Black
   Office of the Public Defender
   210 1st St. SW, Suite 420
   Roanoke, VA 24011
   (540) 857-7111

The witness has material knowledge of certain matters regarding the credibility of a government witness in this case and is needed to testify at the pre-trial hearing herein above mentioned.

Your defendant further states that he is indigent and requests service of process by the United States Marshall's Service and that all process costs and witness fees be paid in the same manner as those paid for witnesses the government subpoenas.

Respectfully submitted,

DASHAUN LAMAR TRENT

By /s/   Chris K. Kowlaczuk

Christopher K. Kowalczuk, Esquire
P. O. Box 11971
Roanoke, VA 24022
(540) 345-0101
    Counsel for the Defendant

Patrick J. Kenney, Esquire
P.O. Box 599
Roanoke, VA 24004
(540) 491-0423
    Counsel for the Defendant

CERTIFICATE OF SERVICE

I, Christopher K. Kowalczuk, Esquire, hereby certify that on this 16th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                              /s/    Chris K. Kowalczuk