**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**(*DANVILLE DIVISION*)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case Number: 4:18CR00011-04** |
| | ) | |
| | ) | |
| **DASHAUN LAMAR TRENT** | ) | |

**DEFENDANT'S MOTION TO LIMIT THE PROXIMITY OF SECURITY OFFICERS**
**TO THE DEFENDANT WHILE THE JURY IS PRESENT**

COMES NOW Your Defendant, Dashaun Lamar Trent, by counsel, and respectfully moves this Court for entry of an ORDER directing the U.S. Marshal's Service to limit the proximity of security personnel to the Defendant in the courtroom while the jury is present and states the following in support thereof:

(1)    Your Defendant joins in, and adopts the language and reasoning of, Defendant Kevin L. Trent, Jr., 's **Motion *In Limine* to Limit the Proximity of Security Officers to the Defendant While the Jury is Present** and herein before filed at ECF 826.

(2)    Your Defendant notes that "it is the primary role and mission of the United States Marshals Service to provide for the security and **to obey**, execute, and enforce **all orders of the United States District Court** . . .as provided by law."[1]  In other words, it is the Court that has the final say regarding the administrative conduct of the trial - including decisions regarding the proximity of the Deputy U.S. Marshals to any particular defendant.

---

[1]    28 U.S.C. § 566 (a) [emphasis added].

WHEREFORE, your Defendant, by counsel, moves this Court for entry of an ORDER directing the U.S. Marshal's Service to limit the proximity of security personnel to the Defendant in the courtroom while the jury is present.

Respectfully submitted,

DASHAUN LAMAR TRENT

By /s/   Chris K. Kowalczuk   

Chris K. Kowalczuk, Esquire
P. O. Box 11971
Roanoke, VA 24022
      Counsel for the Defendant

Patrick J. Kenney, Esquire
P.O. Box 599
Roanoke, VA 24004
      Counsel for the Defendant

## CERTIFICATE OF SERVICE

I, Chris K. Kowalczuk, Esquire, hereby certify that on this 26th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/    Chris K. Kowalczuk