IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(*DANVILLE DIVISION*)

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case Number: 4:18CR00011-04 |
| ) | |
| **DASHAUN LAMAR TRENT** ) | |

### DEFENDANT'S REPLY TO UNITED STATES' RESPONSE TO DEFENDANTS' MOTIONS TO SUSPEND TRIAL

COMES NOW Your Defendant, Dashaun Lamar Trent, by counsel, and respectfully moves this Court for entry of an ORDER granting a seven (7) day abeyance of the commencement of the trial of this matter upon the swearing/seating of a jury and files the following in response to the **United States' Response to Defendant's Motions to Suspend Trial** [ECF891] and states the following in support thereof:

(1) Your Defendant joins in, and adopts the language and reasoning of, Shabba Larun Chandler 's **Reply Memorandum in Support of Defendant's Emergency Motion for a Seven (7) Day Abeyance of Start of Trial After Jury Selection/Swearing In** and herein before filed at ECF 896.

WHEREFORE, your Defendant, by counsel, moves this Court for entry of an ORDER granting a seven (7) day abeyance of the commencement of the trial of this matter upon the swearing/seating of a jury.

Respectfully submitted,

DASHAUN LAMAR TRENT

By /s/ Chris K. Kowalczuk

Chris K. Kowalczuk, Esquire
P. O. Box 11971
Roanoke, VA 24022
    Counsel for the Defendant

Patrick J. Kenney, Esquire
P.O. Box 599
Roanoke, VA 24004
    Counsel for the Defendant

## **CERTIFICATE OF SERVICE**

I, Chris K. Kowalczuk, Esquire, hereby certify that on this 9th day of October, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                          /s/    Chris K. Kowalczuk